**'08 CIV 6088**

361-08/MEU/PLS
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
BEIJING SHOURONG FORWARDING SERVICE CO. LTD.
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax
Michael E. Unger (MU 0045)
James L. Ross (JR 6411)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
BEIJING SHOURONG FORWARDING
SERVICE CO. LTD.,

                Plaintiff,

   -against -

C & MERCHANT MARINE CO. LTD
f/k/a SEYANG SHIPPING CO. LTD a/k/a C AND
MERCHANT MARINE CO. LTD.,

                Defendant.
------------------------------------------------------------x

08 CV _____(___)

**RULE 7.1 STATEMENT**

JUL 02 2008

The Plaintiff, BEIJING SHOURONG FORWARDING SERVICE CO. LTD., by and through its undersigned attorneys Freehill Hogan & Mahar, LLP, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure (formerly Local General 1.9) and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, undersigned counsel (a private non-governmental party) certifies that it is not a publicly traded entity and no publicly held company owns 10% or more of its stock.

Dated: New York, New York
       July 2, 2008

                FREEHILL HOGAN & MAHAR, LLP
                Attorneys for Plaintiff
                BEIJING SHOURONG FORWARDING SERVICE CO. LTD.

                By: _____
                James L. Ross (JR 6411)
                Michael E. Unger (MU 0045)
                80 Pine Street
                New York, NY 10005
                Telephone: (212) 425-1900
                Facsimile: (212) 425-1901

NYDOCS1/307726.1