361-08/MEU/PLS

FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
BEIJING SHOURONG FORWARDING SERVICE CO. LTD.
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax
Michael E. Unger (MU 0045)
James L. Ross (JR 6411)
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

BEIJING SHOURONG FORWARDING
SERVICE CO. LTD.,

                      Plaintiff,

-against-

C & MERCHANT MARINE CO. LTD f/k/a SEYANG
SHIPPING CO. LTD a/k/a C AND MERCHANT
MARINE CO. LTD,

                      Defendant.
-----------------------------------------------------------------x

08 CV _____ ( )

**ROSENTHAL AFFIDAVIT REGARDING C & MERCHANT MARINE CO. LTD. AT 450 SEVENTH AVENUE, SUITE 2304, NEW YORK, NEW YORK**

State of New York    )
                          ) ss.:
County of New York  )

        HAZEL S. ROSENTHAL, being duly sworn, deposes and says as follows:

        1.     I am an employee with the law firm of Freehill Hogan & Mahar, LLP, attorneys for Plaintiff herein. I have worked there for 26 years.

        2.     This Affidavit is submitted pursuant to Supplemental Rule B of the Federal Rules of Civil Procedure (see paragraphs 3-4, below) and in support of Plaintiff's application pursuant to Rule 4(c) of the Federal Rules of Civil Procedure (see paragraphs 5-9, below).

        3.     Deponent has made an investigation at the address given to me for Defendant C & MERCHANT MARINE CO. LTD f/k/a SEYANG SHIPPING CO. LTD a/k/a C AND

NYDOCS1/307860.1

MERCHANT MARINE CO. LTD. (hereinafter "Defendant") at 450 Seventh Avenue, Suite 2304, New York, New York 10123 as follows:

On July 1, 2008, deponent personally attended at 450 Seventh Avenue, Suite 2304, New York, New York 10123 to investigate whether Defendant actually maintained a current address at that location. Upon arriving at 450 Seventh Avenue, deponent then visited the 23rd floor in search of Suite 2304 and located office. The business listed on the door to Suite 2304 was "Paul E. Loomie, Esq., Roger C. Higbie, Esq." Deponent did not see any markers displaying the name of Defendant on that floor of the building. The door to Suite 2304 was closed, and the name of the business was "Paul E. Loomie, Esq., Roger C. Higbie, Esq." Deponent sounded the doorbell to Suite 2304 and was greeted by an unidentified male individual who worked for Paul E. Loomie, Esq. and Roger C. Higbie, Esq. According to him, an entity by the name of "C&C Merchant Co." in the care of Seyun Bach, Esq. can be reached at (718) 358-9400, an address located outside this District in Queens, New York.

_____
HAZEL S. ROSENTHAL

Sworn to before me this
2nd day of July, 2008

_____
Notary Public

CLARE HENRY
Notary Public, State of New York
No. 01HE4831498
Qualified in Kings County
Certificate in New York County
Commission Expires October 31, 2009