361-08/MEU/PLS
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
BEIJING SHOURONG FORWARDING SERVICE CO. LTD.
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax
Michael E. Unger (MU 0045)
James L. Ross (JR 6411)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x   08 CV 6088 (JFK)
BEIJING SHOURONG FORWARDING SERVICE
CO. LTD.,                                                              **ENTRY OF APPEARANCE**

                  Plaintiff,

   -against-

C & MERCHANT MARINE CO. LTD
f/k/a SEYANG SHIPPING CO. LTD a/k/a C AND
MERCHANT MARINE CO. LTD.,

                  Defendant.
------------------------------------------------------------------x
SIRS:

       Please enter the appearance of the undersigned as co-counsel on behalf Plaintiff to receive ECF notices in this matter. I certify that I am admitted to practice in this Court.

Dated: New York, New York
       July 7, 2008

                                  FREEHILL HOGAN & MAHAR, LLP
                                  Attorneys for Plaintiff

               By: _____
                            Michael E. Unger (MU 0045)
                            80 Pine Street
                            New York, NY 10005
                            (212) 425-1900

NYDOCS1/308088.1