361-08/MEU

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
BEIJING SHOURONG FORWARDING SERVICE CO. LTD.,

        Plaintiff,

08 CIV 6088 (JFK)

-against-

C & MERCHANT MARINE CO. LTD
f/k/a SEYANG SHIPPING CO. LTD a/k/a C AND
MERCHANT MARINE CO. LTD.,

        Defendant.
------------------------------------------------------------X

**ORDER DIRECTING
PARTIAL RELEASE
OF FUNDS**

**WHEREAS** it having been reported to the Court that Defendant C & MERCHANT MARINE has paid, in part, the outstanding sums claimed by Plaintiff BEIJING SHOURONG FORWARDING SERVICE;

**IT IS HEREBY ORDERED** that garnishee JPMorgan Chase Bank retain the sum of $2,000,000.00 of the $2,743,466.28 which was restrained on July 8, 2008 and release the remainder of the funds ($743,466.28) to Defendant C & MERCHANT pursuant to the original wire transfer instructions; and

**IT IS HEREBY FURTHER ORDERED** that all other garnishees upon whom the Process of Maritime Attachment and Garnishment has been served shall release any funds which have been restrained by them in accordance with the original wire transfer instructions; and

**IT IS HEREBY FURTHER ORDERED** that the $2,000,000.00 directed to be continued to be restrained by garnishee JPMorgan Chase Bank be retained pending further order of this Court.

Dated: New York, New York
       July _10_, 2008

"SO ORDERED"

_____
Hon. John F. Keenan, U.S.D.J.

NYDOCS1/308399.1