361-08/MEU

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
BEIJING SHOURONG FORWARDING SERVICE CO. LTD.,

                Plaintiff,

-against-

C & MERCHANT MARINE CO. LTD
f/k/a SEYANG SHIPPING CO. LTD a/k/a C AND
MERCHANT MARINE CO. LTD.,

                Defendant.
------------------------------------------------------------x

08 CIV 6088 (JFK)

**ORDER DIRECTING PARTIAL RELEASE OF FUNDS**

**WHEREAS** it having been reported to the Court that Plaintiff BEIJING SHOURONG FORWARDING SERVICE and Defendant C & MERCHANT MARINE have agreed that the cost of bunkers (fuel) to be supplied to the M/V JIMRICH at Korea should be paid for from the $2,000,000 restrained by Garnishee JPMorgan Chase Bank pursuant to the PMAG issued in this action; and

**WHEREAS** the Court has been provided with a copy of an email message from Steamship Insurance Management Services Limited, the P&I Insurers for Defendant, confirming Defendant's agreement to said payment;

**IT IS HEREBY ORDERED** that Garnishee JPMorgan Chase Bank release the sum of $1,221,095.00 to non-party bunker supplier Bunker Master Co., Ltd. of Seoul, Korea pursuant to the wire details below;

    Bank:        Korea Exchange Bank
                    Sogongdong Branch
                    Seoul, Korea
    Swift Code:  KOEXKRSE
    Account No:  650-005744-550
    In favor of Bunker Master Co., Ltd.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED 7-21-08

and

NYDOCS1/308537.1

**IT IS HEREBY FURTHER ORDERED** that Garnishee JPMorgan Chase Bank retain the balance of $779,905.00 pending further order of this Court.

Dated: New York, New York
       July 15, 2008

"SO ORDERED"

_____
Hon. John F. Keenan, U.S.D.J.