361-08/MEU

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-21-08
```

KEENAN, J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
BEIJING SHOURONG FORWARDING SERVICE CO.
LTD.,

      Plaintiff,

-against-

C & MERCHANT MARINE CO. LTD
f/k/a SEYANG SHIPPING CO. LTD a/k/a C AND
MERCHANT MARINE CO. LTD.,

      Defendant.
----------------------------------------------------------x

08 CIV 6088 (JFK)

ORDER DIRECTING
FURTHER PARTIAL
RELEASE OF FUNDS

WHEREAS it having been reported to the Court that Plaintiff BEIJING SHOURONG FORWARDING SERVICE and Defendant C & MERCHANT MARINE have agreed that the undisputed sum of $541,656.25 in hire due to be paid by Defendant to Plaintiff pursuant to the Charter Party for the M/V JIMRICH should be paid from the $779,905.00 currently held by Garnishee JPMorgan Chase Bank; and

WHEREAS the Court has been provided with a copy of an email message from Steamship Insurance Management Services Limited, the P&I Insurers for Defendant, and from Defendant C & MERCHANT MARINE confirming Defendant's agreement to said payment;

IT IS HEREBY ORDERED that Garnishee JPMorgan Chase Bank release the sum of $541,656.25 to Plaintiff BEIJING SHOURONG FORWARDING SERVICE pursuant to the wire details to be provided to the bank by Plaintiff's counsel; and

IT IS HEREBY FURTHER ORDERED that Garnishee JPMorgan Chase Bank retain the balance of $238,248.75 pending further order of this Court.

Dated: New York, New York
       July 21, 2008

"SO ORDERED"

*John F. Keenan*
Hon. John F. Keenan, U.S.D.J.

NYDOCS1/308961.1