361-08/MEU

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
BEIJING SHOURONG FORWARDING SERVICE CO.
LTD.,

                Plaintiff,

-against-

C & MERCHANT MARINE CO. LTD
f/k/a SEYANG SHIPPING CO. LTD a/k/a C AND
MERCHANT MARINE CO. LTD.,

                Defendant.
------------------------------------------------------------X

08 CIV 6088 (JFK)

ORDER DIRECTING FURTHER
RELEASE OF FUNDS AND
DISCONTINUANCE
OF ACTION

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-25-08

**WHEREAS** it having been reported to the Court that Plaintiff BEIJING SHOURONG FORWARDING SERVICE and Defendant C & MERCHANT MARINE have agreed to settle their remaining disputes; and

**WHEREAS** the Court has been provided with a copy of an email message from Steamship Insurance Management Services Limited, the P&I Insurers for Defendant C & MERCHANT MARINE confirming Defendant's agreement to said payment;

**IT IS HEREBY ORDERED** that Garnishee JPMorgan Chase Bank release the sum of $149,538.22 to Plaintiff BEIJING SHOURONG FORWARDING SERVICE pursuant to the wire details to be provided to the bank by Plaintiff's counsel; and

**IT IS HEREBY FURTHER ORDERED** that Garnishee JPMorgan Chase Bank release the sum of $87,710.53 together with any interest earned on the funds during the time that they have been restrained to Defendant C & MERCHANT MARINE pursuant to the original wire transfer instructions; and

NYDOCS1/309157.1

**IT IS HEREBY FURTHER ORDERED** that this matter be dismissed with prejudice and without costs as to either party subject to being reopened within thirty (30) days if the funds are not received by the intended beneficiaries.

Dated: New York, New York
       July 25, 2008

"SO ORDERED"

*/s/ John F. Keenan*
Hon. John F. Keenan, U.S.D.J.